```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X
UNITED STATES OF AMERICA,

        - against -
                                              MEMORANDUM AND ORDER
SEAN PETER, a/k/a "Huggie," JASON
CAMPBELL, a/k/a "Holiday," a/k/a "Fish,"      17 CR 054 (NRB)
and STEVEN SYDER,

                        Defendants.
-------------------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

Sentencing for all three defendants will be held on August 21, 2019, at 11:00 a.m. in Courtroom 21A at the United States Court House, 500 Pearl Street, New York, New York.

Each defendant's sentencing submission is due on July 26, 2019. The Government's sentencing submission as to all three defendants is due on August 9, 2019.

**SO ORDERED.**

Dated:   New York, New York
         July 8, 2019

                                    _____
                                    NAOMI REICE BUCHWALD
                                    UNITED STATES DISTRICT JUDGE