```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
UNITED STATES OF AMERICA

        - against -

SEAN PETER, JASON CAMPBELL, and           17 Cr. 054 (NRB)
STEVEN SYDER,
                                          ORDER TO ANSWER
                  Defendants.
----------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

    **WHEREAS** defendants have filed a motion seeking a new trial under Fed. R. Crim. P. 33 along with other collateral relief, ECF. No. 182; and

    **WHEREAS** the Court has considered defendants' request and determined that briefing from the Government in response to defendants' motion will aid the Court's assessment of the issues raised by the motion; it is hereby

    **ORDERED** that the Government shall file a brief responding to the motion within 45 days of this Order; and it is further

    **ORDERED** that defendants shall have 30 days to reply to the Government's brief.

DATED:   New York, New York
           August 17, 2021

                                           _____
                                             NAOMI REICE BUCHWALD
                                           UNITED STATES DISTRICT JUDGE

A copy of this order has been mailed to:

Sean Peter
Register No. 78650-054
U.S.P. Canaan
P.O. Box 300
Waymart, PA 18472

Jason Campbell
Register No. 70954-054
U.S.P. Beaumont
P.O. Box 26030
Beaumont, Texas 77720

Steven Syder
Register No. 78651-054
F.C.I. Ray Brook
P.O. Box 900
Ray Brook, New York 12977