```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X
SEAN PETER,
                Petitioner,

      - against -

UNITED STATES OF AMERICA,

                Respondent.
---------------------------------X
```

**O R D E R**

22 Civ. 8945 (NRB)
17 Cr. 54-1 (NRB)

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

The Court, having reviewed petitioner's motion brought under 28 U.S.C. § 2255, hereby **ORDERS**:

(1) That by December 20, 2022, the U.S. Attorney's Office shall file its answer to the motion.  Petitioner shall have thirty days from the date on which petitioner is served with respondent's answer to file a reply.  Absent further order, no other submissions will be accepted; and

(2) That all further papers filed or submitted for filing must include the criminal docket number and should be docketed in both the criminal and civil case.

Dated:  New York, New York
        November 7, 2022

_____
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

**Petitioner (*pro se*)**

Sean Peter

**Copies of the foregoing Order have been mailed to the following**:

Sean Peter (#78650-054)

U.S.P. Canaan

P.O. Box 300

Waymart, PA 18472

United States Attorney's Office, SDNY

Attn: Criminal Division

One Saint Andrew's Plaza

New York, NY 10007